

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| BORDER DEMOLITION & ENVIRONMENTAL, INC., | § | No. 08-16-00094-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| ERNESTO PINEDA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCV1097) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in that part of the trial court's order granting summary judgment as to Appellant's claims for breach of fiduciary duty and breach of contract. We therefore affirm that part of the summary judgment. We conclude there was error in that part of the trial court's order granting summary judgment as to Appellant's claim for legal malpractice. We therefore reverse that part of the trial court's order granting summary judgment as to Appellant's claim for legal malpractice and remand to the trial court for further proceedings in accordance with our opinion.

We further order that Appellant and Appellee each pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2017.

GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment